| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ferenbach, Vincent C. | 2. Court or Organization<br><br>U. S. District Court, Nevada | 3. Date of Report<br><br>04/08/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>[ ] Nomination    Date<br>[ ] Initial    [✔] Annual    [ ] Final<br><br>5b.  [ ]    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
| --- |
| Lloyd D. George U. S. Courthouse<br>333 Las Vegas Boulevard South<br>Room #3005<br>Las Vegas, NV 89101 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | ▓▓ Trust (Revocable Trust for Estate Planning Purposes, ▓▓ is co-trustee) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 9/1/2013 | Legal Aid Center of Southern Nevada - Salary (employed full time) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨ Trust - U. S. Trust Account (H) | | | | | | | | | |
| 2. Cash - U. S. Trust Account | A | Interest | K | T | | | | | |
| 3. Columbia Dividend Income Fund Class Z Shares | C | Dividend | M | T | | | | | |
| 4. Columbia Large Cap Growth Fund | A | Dividend | L | T | Buy | 01/17/13 | K | | |
| 5. Touchstone Sands Cap Select Growth Fund | | None | L | T | Buy | 01/17/13 | L | | |
| 6. Victory Large Cap Growth Fund | | None | | | Sold | 01/17/13 | M | | |
| 7. Columbia Mid Cap Index Fund Class Z Shares | A | Dividend | L | T | | | | | |
| 8. Columbia Small Cap Growth I Fund | | None | K | T | | | | | |
| 9. Columbia Small Cap Value I Fund Class Z Shares | A | Dividend | J | T | | | | | |
| 10. Artisan International Fund | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 11. Columbia Acorn International Fund Class Z Shares | A | Dividend | K | T | | | | | |
| 12. Columbia Pacific/Asia Fund | A | Dividend | J | T | Buy | 05/14/13 | K | | |
| 13. Vanguard MSCI Emerging MKTS ETF | B | Dividend | L | T | | | | | |
| 14. Columbia Intermediate Municipal Bond Fund Class Z Shares | A | Interest | L | T | Sold (part) | 03/08/13 | K | B | |
| 15. Columbia High Yield Municipal FD Class Z Shares | A | Interest | J | T | | | | | |
| 16. Ivy Asset Strategy Fund | A | Dividend | L | T | Buy | 08/05/13 | L | | |
| 17. PIMCO All Asset All Auth Fund Instl Cl | C | Dividend | | | Sold | 08/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares TR Cohen & Steers Realty Majors | B | Dividend | K | T | | | | | |
| 19. PIMCO Commodity Realreturn Strategy Fund | A | Dividend | K | T | Sold (part) | 08/15/13 | J | | |
| 20. Testamentary Trust - U. S. Trust Account (H) | | | | | | | | | |
| 21. BofA Tax-Exempt Reserves Trust Class | A | Interest | J | T | | | | | |
| 22. Columbia Dividend Income Fund Class Z Shares | A | Dividend | L | T | Sold (part) | 12/16/13 | J | D | |
| 23. Columbia Large Cap Growth Fund Class Z Shares | A | Dividend | L | T | Sold (part) | 12/16/13 | J | B | |
| 24. Ishares DJ Select Dividend Index Fund | A | Dividend | | | Sold | 12/18/13 | K | D | |
| 25. Columbia Mid Cap Growth Fund Class Z Shares | A | Dividend | K | T | | | | | |
| 26. Columbia Mid Cap Value Fund Class Z Shares | A | Dividend | | | Sold | 12/16/13 | J | | |
| 27. Ishares Russell Mid-Cap Value | A | Dividend | J | T | | | | | |
| 28. Columbia Small Cap Growth I Fund Class Z Shares | | None | J | T | | | | | |
| 29. Columbia Small Cap Value I Fund Class Z Shares | A | Dividend | J | T | | | | | |
| 30. Artizan International Fund | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 31. Columbia Acorn International Fund Class Z Shares | A | Dividend | J | T | | | | | |
| 32. Vanguard MSCI Emerging MKTS ETF | A | Dividend | K | T | | | | | |
| 33. Columbia Intermediate Municipal Bond Fund Class Z Shares | B | Interest | K | T | | | | | |
| 34. Columbia Income Opportunites Fund Cl Z | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ivy Asset Strategy Fund | A | Dividend | K | T | Buy | 08/15/13 | K | | |
| 36. PIMCO All Asset All Auth Fund Instl CL | B | Dividend | | | Sold | 08/15/13 | K | | |
| 37. Columbia Real Estate Equity Fund Class Z Shares | A | Dividend | K | T | | | | | |
| 38. PIMCO Commoditiesplus Stragegy Fund Instl CL | A | Dividend | K | T | | | | | |
| 39. SPDR Gold TR Gold SHS | | None | J | T | | | | | |
| 40. Bank of America Accounts | A | Interest | L | T | | | | | |
| 41. Life Insurance Trust (H) | | | | | | | | | |
| 42. Bank of America Account | A | Interest | K | T | | | | | |
| 43. New York Life - Whole Life #1 | C | Dividend | M | T | | | | | |
| 44. Held Individually (H) | | | | | | | | | |
| 45. New York Life - Whole Life #2 | A | Dividend | K | T | | | | | |
| 46. Shares - Pocono Mountain Bluestone Corporation | | None | L | W | | | | | |
| 47. ▨ SEP IRA (H) | | | | | | | | | |
| 48. Cash - Wells Fargo Account | A | Interest | J | T | | | | | |
| 49. General Elec Cap Corp Medium Term Notes Series A | A | Interest | J | T | | | | | |
| 50. Cohen & Steers Intl Rlty FD Inc CL1 | A | Dividend | J | T | | | | | |
| 51. Fidelity Adv Emerg Mkts Inc CL1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. RS Invt TR Low Duration BD FD CL Y | A | Dividend | J | T | | | | | |
| 53. Goldman Sachs Mid Cap Value Fund -Inst SHS | A | Dividend | J | T | | | | | |
| 54. Harbor Fund Cap Appreciation Fd Instl CL HACAX | A | Dividend | J | T | | | | | |
| 55. Virtus Opportunities Multi Sector Shrt Term BD FD CL1 | A | Dividend | J | T | | | | | |
| 56. Virtus Emerging Markets Opportunities FND CL1 | A | Dividend | J | T | | | | | |
| 57. Pioneer High Yield Fund CL Y | A | Dividend | J | T | | | | | |
| 58. Pioneer Ser TR1 Pioneer Oak Ridge Small Cap Growth Fund CL Y | A | Dividend | J | T | | | | | |
| 59. RS Invt TR Global Natural Resources Fund CLY | A | Dividend | J | T | | | | | |
| 60. Rowe T Price Equity Income Fud SH BEN Int | A | Dividend | J | T | | | | | |
| 61. Target Portfolio TR Small Capitalization Value Port | A | Dividend | J | T | | | | | |
| 62. Target Portfolio TR Intl Equity Portfolio | A | Dividend | J | T | | | | | |
| 63. Target Portfolio TR Inter Term BD Portfolio | A | Dividend | J | T | | | | | |
| 64. Templeton Funds Income TR GLB BD Advsor | A | Dividend | J | T | | | | | |
| 65. Wells Fargo Fds TR Advantage Enterprise FD CL 1 | A | Dividend | J | T | | | | | |
| 66. Educational Savings Plans (H) | | | | | | | | | |
| 67. Alliance 529 CBF Age Based Port Growth 1993-1995 CL BX | A | Dividend | | | Sold | 09/16/13 | J | B | |
| 68. Alliance 529 CBF Age Based Port Growth 1993-1995 CL A | B | Dividend | | | Sold | 12/19/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lionel Sawyer & Collins Partnership Buyout | D | Interest | | | Matured | 04/16/13 | M | E | |
| 70. ▨ 403(b) Account with Mutual of America(H) | | | | | | | | | |
| 71. Mutual of America Moderate Allocation Fund | A | Dividend | K | T | Buy | 09/30/13 | J | | |
| 72. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 73. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 74. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 75. | | | | | Buy (add'l) | 11/30/13 | J | | |
| 76. | | | | | Buy (add'l) | 12/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ferenbach, Vincent C. | 04/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 04/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent C. Ferenbach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544